**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UMAR ALLI,

                            **Plaintiff,**

            -against-

**G.R.V.C. WARDEN RENEE, et al.,**

                      **Defendants.**

-----------------------------------------------------------------X

**21-CV-09470 (PGG)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/25/2022 ___

**SARAH NETBURN, United States Magistrate Judge:**

       On January 10, 2022, the Court ordered that Defendants ascertain the identity and badge

number of each unidentified defendant whom Plaintiff seeks to sue and the address where each

of those defendants may be served and provide this information to Plaintiff and the Court within

60 days of the date of the order. See ECF No. 10. As such, Defendants were required to provide

this information no later than March 11, 2022. As of the issuance of this order, Defendants have

not done so. Defendants shall comply with the Court's order no later than April 1, 2022. The

Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             March 25, 2022