UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                                        Plaintiff,                          **21-CV-09470 (PGG)(SN)**

                    -against-                                                **ORDER**

G.R.V.C. Warden Renee, et al.,

                                        Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 1, 2022, the City of New York identified nine individuals sued as "Security Officers 1-5 of G.R.V.C." Those individuals are C.O. W. Blaszyck, Shield No. 14353; C.O. J. Perez, Shield No. 10518; C.O. D. Ellis, Shield No. 9636; C.O. W. Exantus, Shield No. 12325; C.O. J. Tremarzo, Shield No. 1488; C.O. F. Larry, Shield No. 17736; C.O. C. Young, Shield No. 17736; C.O. K. Young, Shield No. 12268; and C.O. P. Ritter, Shield No. 7994. Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the Court Substitutes C.O Blaszyck, C.O. Perez, C.O. Ellis, C.O. Exantus, C.O. Tremarzo, C.O. Larry, C.O. Young, C.O Young, and C.O. Ritter for the John Doe officers. The Clerk of Court is respectfully requested to amend the caption accordingly. By separate order, the Court will issue service on these new defendants. The Clerk of Court is further respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
                 April 8, 2022