UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

         **Plaintiff,**        21-CV-09470 (PGG)(SN)

   -against-           **ORDER OF SERVICE**

G.R.V.C. Warden Renee, et al.,

         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  Plaintiff is proceeding *pro se* and *in forma pauperis*. On January 10, 2022, this Court directed counsel for the New York City Department of Correction ("DOC") to ascertain the identities of several defendants whom Plaintiff seeks to sue and the addresses where these defendants may be served. The Court directed the New York City Law Department, which is the attorney for and agent of DOC, to provide this information to Plaintiff and the Court within sixty days. On April 1, 2022, the New York City Law Department provided the required information for service on the defendants.

  The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that C.O. W. Blaszyck, Shield No. 14353; C.O. J. Perez, Shield No. 10518; C.O. D. Ellis, Shield No. 9636; C.O. W. Exantus, Shield No. 12325; C.O. J. Tremarzo, Shield No. 1488; C.O. F. Larry, Shield No. 17736; C.O. C. Young, Shield No. 17736; C.O. K. Young, Shield No. 12268; and C.O. P. Ritter, Shield No. 7994, waive service of summons.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          April 8, 2022