UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UMAR ALI,

                                     Plaintiff,                      21-CV-09470 (PGG)(SN)

       -against-                                         **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                                   Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 26, 2022, Plaintiff filed a letter with the Court clarifying that his Complaint pertains to an incident that occurred on October 8, 2021, not October 3, 2021. See ECF No. 22. Defense counsel is asked to file a letter with the Court by May 13, 2022, confirming that the additional defendants identified to date were involved in an incident on October 8, 2021.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     New York, New York
                 May 9, 2022