UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UMAR ALLI,

       Plaintiff,       21-CV-09470 (PGG)(SN)

  -against-            **ORDER**

G.R.V.C. Warden Renee, et al.,

       Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On May 11, 2022, the City of New York identified the individual sued as "Supervisory Captain Use of Force" as Captain M. Ballah, Shield No. 1219. ECF No. 26. Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the Court substitutes Captain Ballah for "Supervisory Captain Use of Force." The Clerk of Court is respectfully requested to amend the caption accordingly. By separate order, the Court will issue service on the new Defendant.

  In addition, Defendants' request to extend the temporary stay of the case pending the investigation of the underlying incident is GRANTED. While Captain Ballah's time to waive service is not stayed, Defendants' time to answer is stayed until further order of this Court. Defendants shall file a status letter on June 30, 2022, advising the Court of the status of the investigation.

**SO ORDERED.**

                 _____
                 SARAH NETBURN
                 United States Magistrate Judge

DATED: New York, New York
      May 13, 2022