UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UMAR ALLI,

                            Plaintiff,                      21-CV-09470 (PGG)(SN)

       -against-                                   **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                         Defendants.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Defendants are ordered to request a stipulation of dismissal with prejudice of any Defendant identified in connection with an October 8, 2021 incident as identified in Plaintiff's original complaint (ECF No. 1) and later clarified in Plaintiff's April 26, 2022 letter to the Court (ECF No. 22). Upon dismissal of these Defendants, the Court will deem the complaint amended such that any reference to October 8, 2021, will now to refer to October 7, 2021. The Court will, thereafter, direct the City of New York to assist the Plaintiff in identifying the appropriate defendants.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       New York, New York
                  October 13, 2022