UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                              **Plaintiff,**                       21-CV-09470 (PGG)(SN)

       -against-                                         **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Under <u>Valentin v. Dinkins</u>, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the DOC to identify the unidentified defendants. The unidentified defendants include: (1) those correction officers who got into a physical altercation with Plaintiff in the GRVC on October 7, 2021, and (2) those officers' immediate supervisor on that date (a GRVC correction captain). It is therefore ordered that the Law Department, which represents the DOC, must ascertain the identity and badge number of each unidentified defendant whom Plaintiff seeks to sue here and the address where each of those defendants may be served.[1]

---

[1] If any unidentified defendant is a current or former DOC employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility. If any unidentified defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Law Department must provide a residential address where each individual may be served.

The Law Department must provide this information to Plaintiff and the Court within 30 days of the date of this order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         October 25, 2022