UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMAR ALLI,

                          **Plaintiff,**

          -against-

G.R.V.C. WARDEN RENEE, et al.,

                         **Defendants.**
------------------------------------------------------------X

21-CV-09470 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 4, 2023, Plaintiff Alli requested a copy of the video footage of the October 7, 2021 incident underlying his complaint. ECF No. 66. Defendants are ORDERED to notify Plaintiff no later than May 19, 2023, whether there is a video of this incident and, if so, provide it to Plaintiff as soon as is practicable. In that regard, Defendants shall coordinate with the Superintendent of the Attica Correctional Facility, or the Superintendent's representative, to facilitate a viewing by Plaintiff of the video. Defendants shall file a letter by May 26, 2023, advising the Court on these issues.

Additionally, Plaintiff reports that he intended to name former DOC Commissioner Vincent N. Schiraldi (June 1, 2021-December 31, 2022), the Commissioner at the time of this incident, and not the current Commissioner, Louis Molina. ECF No. 66. In their May 26, 2023 letter, Defendants shall also notify the Court if they would stipulate, pursuant to Federal Rule of Civil Procedure 21, to dropping Defendant Molina and adding Vincent N. Schiraldi.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 16, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2023