UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                     Plaintiff,                          21-CV-09470 (PGG)(SN)

      -against-                                   **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                     Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 16, 2023, the Court ordered Defendants to provide Plaintiff with video footage of the October 7, 2021 incident underlying his complaint. In their May 19, 2023 letter, Defendants informed the Court that Attica Correctional Facility had received the video footage on Plaintiff's behalf.

      However, Defendants were also ordered to coordinate with the Superintendent of the Attica Correctional Facility, or the Superintendents representative, to facilitate a viewing by Plaintiff of the video and to file a status letter on this issue by May 26, 2023. While Defendants informed the Court that they instructed Attica staff to allow Plaintiff to view the video, ECF No. 68, Plaintiff reports that he has been unable to view the video, ECF No. 69. Accordingly, Defendants are directed to contact Attica Correctional Facility to determine whether Plaintiff has viewed the video footage and facilitate a viewing by Plaintiff of the video if he has not. Defendants shall file a status letter by June 7, 2023, updating the Court on these issues.

Finally, in light of these delays, the Court GRANTS Plaintiff's request for a 30-day extension to amend the pleadings or join additional parties. The Plaintiff may do so by July 5, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 2, 2023
            New York, New York