```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                                         **Plaintiff,**                            21-CV-09470 (PGG)(SN)

        -against-                                                <u>**ORDER**</u>

G.R.V.C. WARDEN RENEE, et al.,

                                       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has received a letter describing Plaintiff's refusals to engage in the discovery process. Plaintiff is warned that his continued failure to comply with discovery demands or communicate with Defendants may result in this case being dismissed for failure to prosecute his case and comply with the federal rules and court orders. <u>See</u> Fed. R. Civ. P. 41(b).

        Accordingly, a telephone conference is scheduled for Tuesday, August 29, 2023, at 1:30 p.m. to discuss Plaintiff's deficiencies. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of this conference is to give Plaintiff a final opportunity to engage in the litigation and avoid dismissal.

        IT IS HEREBY ORDERED that the Warden or other official in charge of the Attica Correctional Facility produce Mr. Umar Alli, DIN#22B2174, on August 29, 2023, to a suitable location within the Attica Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. Defense

counsel must send this Order to the Warden immediately and contact the Attica Correctional Facility to arrange the call at the above time and date.

The Court respectfully asks the Clerk of Court to terminate ECF No. 80.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   August 11, 2023
         New York, New York