```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                            **Plaintiff,**                        21-CV-09470 (PGG)(SN)

          -against-                                    **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On Tuesday, August 29, 2023, Green Haven Correctional Facility was unable to produce Plaintiff for a telephone conference. Accordingly, the telephone conference is RESCHEDULED for Wednesday, September 13, 2023, at 1:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Green Haven Correctional Facility produce Mr. Umar Alli, DIN#22B2174, on September 13, 2023, to a suitable location within the facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. Defense counsel must send this Order to the Warden immediately and contact the Green Haven Correctional Facility to arrange the call at the above time and date.

    The Clerk of Court is directed to update Plaintiff's address on the docket.

**SO ORDERED.**

                                                       _[signature]_
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:    August 30, 2023
                New York, New York