UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UMAR ALLI,

                            Plaintiff,                              21-CV-09470 (PGG)(SN)

          -against-                                        **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                            Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties appeared for a conference to discuss to discuss Defendants' motion to compel Plaintiff to produce discovery. Plaintiff is reminded of his obligation to respond to Defendants' discovery demands and warned that the failure to engage in the litigation may result in the dismissal of the case under Federal Rule of Civil Procedure 41(b).

        To facilitate Plaintiff's compliance, Defendants are requested to mail outstanding interrogatories to Plaintiff at Clinton Correctional Facility by September 15, 2023. Plaintiff must mail to Defendants interrogatory responses by September 29, 2023. The final deadline for completion of all fact discovery is December 1, 2023. There will be no further extensions.

        In response to Plaintiff's contention that the video of the incident should capture additional conduct, Defendants are ordered to review the relevant video to ensure that all discoverable video footage has been provided to Plaintiff. If Defendants find any additional relevant video footage, Defendants must mail a copy to Plaintiff immediately.

        In response to Plaintiff's concern that he has not received his property since his transfer to Clinton Correctional Facility, the Court respectfully requests that defense counsel contact that

facility to inquire. Any case-related material should be provided to Plaintiff as soon as possible. The Court appreciates defense counsel's assistance in this regard.

Finally, the Court raised the possibility of a settlement of this case or possibly a global settlement of all Plaintiff's pending cases against Department of Correction employees. The Court requests that defense counsel discuss such proposal with the appropriate other constituents. The parties are encouraged to engage in good faith settlement negotiations as soon as possible.

Defendant is ORDERED to file a letter by October 6, 2023, updating the Court about the status of settlement negotiations and discovery, including a date for Plaintiff's deposition.

By separate order, the Court will order service on C.O. C. Meyers, Shield #10268, Dep. Warden C. Henry, Shield #1038, Captain S. Johnson, Shield #389, Benjamin Okonta, M.D., C. McGovern, and N. Coronel.

Finally, the Clerk of Court is respectfully requested to update Plaintiff's address in this case and his cases with docket numbers 23-cv-04699 (JGK), 21-cv-04866 (ALC)(SN), and 22-cv-07616 (RA)(SDA), to reflect his current location at Clinton Correctional Facility, P.O. Box 2001, Dannemora, NY 12929-2000.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   September 13, 2023
         New York, New York