```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                Plaintiff,        21-CV-09470 (PGG)(SN)

    -against-                  **SETTLEMENT CONFERENCE
                                                                            ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X
UMAR ALLI,

                Plaintiff,       22-CV-07616 (RA)(SDA)

    -against-

R.N.D.C. WARDEN WALKER, et al.,

                Defendants.

------------------------------------------------------------------X
------------------------------------------------------------------X
UMAR ALLI,

                Plaintiff,       23-CV-04699 (JGK)(JLC)

    -against-

E.S.U. PALMER, et al.,

                Defendants.

------------------------------------------------------------------X

```
-----------------------------------------------------------------X
UMAR ALLI,

                          Plaintiff,              23-CV-05239 (JGK)(KHP)

          -against-

C.O. WORRELL, et al.,

                          Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                          Plaintiff,              23-CV-05263 (AS)(KHP)

          -against-

E.S.U. CAPTAIN LUE, et al.,

                          Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                          Plaintiff,              23-CV-05238 (ER)(RWL)

          -against-

E.S.U. CAPTAIN MCCARTHY, et al.,

                          Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge.**

    A settlement conference is scheduled for Thursday, December 14, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in-information by email before the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Thursday, December 7, 2023.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Finally, IT IS HEREBY ORDERED that the Warden or other official in charge of Clinton Correctional Facility produce Umar Alli, DIN # 22B2174, on Thursday, December 14, 2023, no later than 10:00 a.m. EST, to a suitable location within Clinton Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and defense counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by e-mailing Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

Defense counsel must (1) send this Order to the Warden immediately; and (2) contact Clinton Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   October 16, 2023
         New York, New York