```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UMAR ALLI,

                                      Plaintiff,

          -against-

G.R.V.C. Warden Renee, et al.,

                                      Defendants.
-------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

21 Civ. 9470 (PGG) (SN)

**THE HONORABLE SARAH NETBURN, United States Magistrate Judge:**

       Upon the application of Defendants for leave to take the deposition of Plaintiff Umar Alli (DIN 22B2174), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Great Meadow Correctional Facility at the New York State Department of Corrections and Community Supervision produce inmate Umar Alli (DIN 22B2174) within Great Meadow Correctional Facility for the taking of his deposition by video teleconferencing **on November 17, 2023 commencing at 10:00 AM,** and continuing until **2:00PM**; (2) Plaintiff Umar Alli (DIN 22B2174) appears in such place as designated by the Warden or other official in charge of the Great Meadow Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                             United States Magistrate Judge

Dated: November 13, 2023
New York, New York