USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                            Plaintiff,                    21-CV-09470 (PGG)(SN)

        -against-                                    **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                            Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                            Plaintiff,                    22-CV-07616 (RA)(SDA)

        -against-

R.N.D.C. WARDEN WALKER, et al.,

                            Defendants.

-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                            Plaintiff,                    23-CV-04699 (JGK)(JLC)

        -against-

E.S.U. PALMER, et al.,

                            Defendants.

-----------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                **Plaintiff,**                      23-CV-05239 (JGK)(KHP)

       -against-

**C.O. WORRELL, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

                                **Plaintiff,**                      23-CV-05263 (AS)(KHP)

      -against-

**E.S.U. CAPTAIN LUE, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

                                **Plaintiff,**                      23-CV-05238 (ER)(RWL)

      -against-

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

    An *ex parte* settlement call between the Court and Plaintiff is scheduled for January 18, 2024, at 12:30 p.m. At that time, Great Meadow Correctional Facility shall provide Plaintiff with

a private room with a phone. In advance of this call, the Court will contact Great Meadow Correctional Facility to coordinate this call.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:      January 4, 2024
                New York, New York