USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/12/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**UMAR ALLI,**

                                        **Plaintiff,**                              **21-CV-09470 (PGG)(SN)**

                    **-against-**                                                      **ORDER**


**G.R.V.C. WARDEN RENEE, et al.,**

                                        **Defendants.**
------------------------------------------------------------------ **X**

**SARAH NETBURN, United States Magistrate Judge.**

     Plaintiff filed a second amended complaint, which the Court acknowledges and accepts

as timely. As such, Defendants shall answer or otherwise respond to the second amended

complaint by January 31, 2024. Plaintiff may not further amend his complaint without leave of

the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 12, 2024
              New York, New York