```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

UMAR ALLI,

                              Plaintiff,                      21-CV-09470 (PGG)(SN)

        -against-                                      **<u>ORDER</u>**

G.R.V.C. WARDEN RENEE, et al.,

                              Defendants.
```
-----------------------------------------------------------------X
-----------------------------------------------------------------X
```
UMAR ALLI,

                              Plaintiff,                      22-CV-07616 (RA)(SDA)

        -against-

R.N.D.C. WARDEN WALKER, et al.,

                              Defendants.
```
-----------------------------------------------------------------X
-----------------------------------------------------------------X
```
UMAR ALLI,

                              Plaintiff,                      23-CV-04699 (JGK)(JLC)

        -against-

E.S.U. PALMER, et al.,

                              Defendants.
```
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024

```
------------------------------------------------------------------ X
UMAR ALLI,

                               Plaintiff,          23-CV-05239 (JGK)(KHP)

        -against-

C.O. WORRELL, et al.,

                               Defendants.
-----------------------------------------------------------------X
------------------------------------------------------------------ X
UMAR ALLI,

                               Plaintiff,          23-CV-05263 (AS)(KHP)

        -against-

E.S.U. CAPTAIN LUE, et al.,

                               Defendants.
-----------------------------------------------------------------X
------------------------------------------------------------------ X
UMAR ALLI,

                               Plaintiff,          23-CV-05238 (ER)(RWL)

        -against-

E.S.U. CAPTAIN MCCARTHY, et al.,

                               Defendants.
-----------------------------------------------------------------X
```

```
------------------------------------------------------------- X
```
**UMAR ALLI,**

                                          **Plaintiff,**                                23-CV-10519 (JLR)

                -against-

**E.S.U. OFFICER FALCONER, et al.,**

                                          **Defendants.**

```
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge.**

      An *ex parte* settlement call between the Court and defense counsel is scheduled for February 1, 2024, at 10:00 a.m. A separate *ex parte* settlement call between the Court and Plaintiff is scheduled for February 1, 2024, at 11:30 a.m. At that time, Great Meadow Correctional Facility shall provide Plaintiff with a private room with a phone. In advance of this call, the Court will contact Great Meadow Correctional Facility to coordinate this call.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       January 18, 2024
                    New York, New York