UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                Plaintiff,                21-CV-09470 (PGG)(SN)

      -against-                  **ORDER GRANTING REQUEST FOR *PRO BONO* COUNSEL**

G.R.V.C. WARDEN RENEE, et al.,

                Defendants.
---------------------------------------------------------------- X
---------------------------------------------------------------- X

UMAR ALLI,

                Plaintiff,                22-CV-07616 (RA)(SDA)

      -against-

R.N.D.C. WARDEN WALKER, et al.,

                Defendants.
------------------------------------------------------------------X
---------------------------------------------------------------- X

UMAR ALLI,

                Plaintiff,                23-CV-04699 (JGK)(JLC)

      -against-

E.S.U. PALMER, et al.,

                Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2024

```
------------------------------------------------------------------ X
UMAR ALLI,

                                        Plaintiff,          23-CV-05239 (JGK)(KHP)

                -against-

C.O. WORRELL, et al.,

                                        Defendants.
-----------------------------------------------------------------X
------------------------------------------------------------------ X
UMAR ALLI,

                                        Plaintiff,          23-CV-05263 (AS)(KHP)

                -against-

E.S.U. CAPTAIN LUE, et al.,

                                        Defendants.
-----------------------------------------------------------------X
------------------------------------------------------------------ X
UMAR ALLI,

                                        Plaintiff,          23-CV-05238 (ER)(RWL)

                -against-

E.S.U. CAPTAIN MCCARTHY, et al.,

                                        Defendants.
-----------------------------------------------------------------X
```

------------------------------------------------------------- X

**UMAR ALLI,**

                                    **Plaintiff,**                            23-CV-10519 (JLR)

                        -against-

**E.S.U. OFFICER FALCONER, et al.,**

                                    **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      The Court appoints Plaintiff *pro bono* counsel for the limited purpose of assisting with settlement negotiations.

**SO ORDERED.**

                                                                         _____

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:      January 18, 2024
                  New York, New York