USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                  21-CV-09470 (PGG)(SN)

       -against-                            **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                        Defendants.
------------------------------------------------------------ X
------------------------------------------------------------ X

UMAR ALLI,

                        Plaintiff,                  22-CV-07616 (RA)(SDA)

       -against-

R.N.D.C. WARDEN WALKER, et al.,

                        Defendants.

-----------------------------------------------------------------X
------------------------------------------------------------ X

UMAR ALLI,

                        Plaintiff,                  23-CV-04699 (JGK)(JLC)

       -against-

E.S.U. PALMER, et al.,

                        Defendants.

-----------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                         **Plaintiff,**                          **23-CV-05239 (JGK)(KHP)**

              **-against-**

**C.O. WORRELL, et al.,**

                                         **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

                                         **Plaintiff,**                          **23-CV-05263 (AS)(KHP)**

              **-against-**

**E.S.U. CAPTAIN LUE, et al.,**

                                         **Defendants.**

----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

                                         **Plaintiff,**                          **23-CV-05238 (ER)(RWL)**

              **-against-**

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                                         **Defendants.**

-----------------------------------------------------------------X

------------------------------------------------------------- X
**UMAR ALLI,**

                            **Plaintiff,**                            23-CV-10519 (JLR)

                       -against-

**E.S.U. OFFICER FALCONER, et al.,**

                            **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

    Settlement negotiations remain ongoing. Accordingly, I recommend that case management deadlines in the above-captioned cases be adjourned 30 days.

**SO ORDERED.**

                                                                                 _____
                                                                                 SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      February 1, 2024
                  New York, New York