UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                  21-CV-09470 (PGG)(SN)

    -against-                            **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                        Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                  22-CV-07616 (RA)(SDA)

    -against-

R.N.D.C. WARDEN WALKER, et al.,

                        Defendants.

------------------------------------------------------------------X
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                  23-CV-04699 (JGK)(JLC)

    -against-

E.S.U. PALMER, et al.,

                        Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2024

```
-------------------------------------------------------------------- X
UMAR ALLI,

                                  Plaintiff,           23-CV-05239 (JGK)(KHP)

           -against-

C.O. WORRELL, et al.,

                                  Defendants.
-----------------------------------------------------------------X
-------------------------------------------------------------------- X
UMAR ALLI,

                                  Plaintiff,           23-CV-05263 (AS)(KHP)

           -against-

E.S.U. CAPTAIN LUE, et al.,

                                  Defendants.
-----------------------------------------------------------------X
-------------------------------------------------------------------- X
UMAR ALLI,

                                  Plaintiff,           23-CV-05238 (ER)(RWL)

           -against-

E.S.U. CAPTAIN MCCARTHY, et al.,

                                  Defendants.
-----------------------------------------------------------------X
```

---------------------------------------------------------------- X
**UMAR ALLI,**

                                  **Plaintiff,**                            23-CV-10519 (JLR)

              -against-

**E.S.U. OFFICER FALCONER, et al.,**

                                  **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      The parties have advised the Court that they have reached a settlement in principle. A conference is scheduled for March 12, 2024, at 10:00 a.m. to place the settlement agreement on the record. At that time, the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Prior to the conference, at 9:30 a.m., Plaintiff will consult with his attorney on the phone.

      Accordingly, the Warden or other official in charge of Great Meadow Correctional Facility is ORDERED to produce Umar Alli, DIN No. 22B2174, on March 12, 2024, at 9:30 a.m., for at least two hours, to a suitable location within Great Meadow Correctional Facility that is equipped with a telephone, for the purpose of participating in the conference.

      Plaintiff's counsel must: (1) send this Order to the Warden immediately; (2) contact Great Meadow Correctional Facility to arrange the call; and (3) call the Court's teleconferencing line with Plaintiff at the time of the conference.

**SO ORDERED.**

                                                                                _____
                                                                                SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      March 6, 2024
                    New York, New York