USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**UMAR ALLI,**

**Plaintiff,** **21-CV-09470 (PGG)(SN)**

**-against-** **ORDER**

**G.R.V.C. WARDEN RENEE, et al.,**

**Defendants.**
---------------------------------------------------------------X
---------------------------------------------------------------X
**UMAR ALLI,**

**Plaintiff,** **22-CV-07616 (RA)(SDA)**

**-against-**

**R.N.D.C. WARDEN WALKER, et al.,**

**Defendants.**

---------------------------------------------------------------X
---------------------------------------------------------------X
**UMAR ALLI,**

**Plaintiff,** **23-CV-04699 (JGK)(JLC)**

**-against-**

**E.S.U. PALMER, et al.,**

**Defendants.**

---------------------------------------------------------------X

**------------------------------------------------------------------ X**
**UMAR ALLI,**

**Plaintiff,** **23-CV-05239 (JGK)(KHP)**

**-against-**

**C.O. WORRELL, et al.,**

**Defendants.**

**------------------------------------------------------------------X**
**------------------------------------------------------------------ X**
**UMAR ALLI,**

**Plaintiff,** **23-CV-05263 (AS)(KHP)**

**-against-**

**E.S.U. CAPTAIN LUE, et al.,**

**Defendants.**

**------------------------------------------------------------------X**
**------------------------------------------------------------------ X**
**UMAR ALLI,**

**Plaintiff,** **23-CV-05238 (ER)(RWL)**

**-against-**

**E.S.U. CAPTAIN MCCARTHY, et al.,**

**Defendants.**

**------------------------------------------------------------------X**

---------------------------------------------------------------- X
**UMAR ALLI,**

**Plaintiff,** **23-CV-10519 (JLR)**

**-against-**

**E.S.U. OFFICER FALCONER, et al.,**

**Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

At Plaintiff's request, the Clerk of Court is respectfully directed to mail Plaintiff the docket sheets for the seven above-captioned cases.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: March 14, 2024
New York, New York