UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                  21-CV-09470 (PGG)(SN)

      -against-                         **ORDER FOR NOTARY**

G.R.V.C. WARDEN RENEE, et al.,

                        Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                        Plaintiff,                  22-CV-07616 (RA)(SDA)

      -against-

R.N.D.C. WARDEN WALKER, et al.,

                        Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                        Plaintiff,                  23-CV-04699 (JGK)(JLC)

      -against-

E.S.U. PALMER, et al.,

                        Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024

------------------------------------------------------------------ X
**UMAR ALLI,**

          **Plaintiff,**      **23-CV-05239 (JGK)(KHP)**

    -against-

**C.O. WORRELL, et al.,**

          **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

          **Plaintiff,**      **23-CV-05263 (AS)(KHP)**

    -against-

**E.S.U. CAPTAIN LUE, et al.,**

          **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

          **Plaintiff,**      **23-CV-05238 (ER)(RWL)**

    -against-

**E.S.U. CAPTAIN MCCARTHY, et al.,**

          **Defendants.**

-----------------------------------------------------------------X

```
------------------------------------------------------------ X
```
**UMAR ALLI,**

                              **Plaintiff,**                       **23-CV-10519 (JLR)**

                 **-against-**

**E.S.U. OFFICER FALCONER, et al.,**

                              **Defendants.**

```
-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge.**

      The parties have reached a settlement, and Plaintiff requires a notary to execute final settlement documents. Accordingly, the Warden or other official in charge of Elmira Correctional Facility is ORDERED to: (1) provide a time and suitable location on or before Wednesday, June 12, 2024, for Plaintiff, Umar Alli, DIN No. 22B2174, to sign and have notarized the legal documents in his possession or being held by the facility; (2) allow Plaintiff to mail the documents immediately, and by no later than June 12, 2024, to Plaintiff's settlement counsel, Susanne Toes Keane; and (3) to direct any questions regarding this Order to Ms. Keane at 212-613-5090. Ms. Keane shall send this Order to the Warden immediately.

**SO ORDERED.**

                                                                                   SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:     June 10, 2024
                New York, New York