```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                                                    **Plaintiff,**                        21-CV-09470 (PGG)(SN)

            -against-                                              **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                                                    **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                                                    **Plaintiff,**                        22-CV-07616 (PGG)(SN)

            -against-

R.N.D.C. WARDEN WALKER, et al.,

                                                    **Defendants.**

-----------------------------------------------------------------X
-----------------------------------------------------------------X
UMAR ALLI,

                                                    **Plaintiff,**                        23-CV-04699 (PGG)(SN)

            -against-

E.S.U. PALMER, et al.,

                                                    **Defendants.**

-----------------------------------------------------------------X

```
------------------------------------------------------------------ X
UMAR ALLI,

                              Plaintiff,           23-CV-05239 (PGG)(SN)

       -against-

C.O. WORRELL, et al.,

                              Defendants.
-----------------------------------------------------------------X
------------------------------------------------------------------ X
UMAR ALLI,

                              Plaintiff,           23-CV-05263 (PGG)(SN)

       -against-

E.S.U. CAPTAIN LUE, et al.,

                              Defendants.
-----------------------------------------------------------------X
------------------------------------------------------------------ X
UMAR ALLI,

                              Plaintiff,           23-CV-05238 (PGG)(SN)

       -against-

E.S.U. CAPTAIN MCCARTHY, et al.,

                              Defendants.
-----------------------------------------------------------------X
```

2

```
------------------------------------------------------------- X
```
UMAR ALLI,

                                   **Plaintiff,**                          23-CV-10519 (PGG)(SN)

                  -against-

E.S.U. OFFICER FALCONER, et al.,

                                   **Defendants.**

```
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge.**

On November 21, 2024, the Court issued a Report and Recommendation regarding Defendants' motion to enforce the settlement agreement. ECF No. 148. Plaintiff filed a request for an extension to file objections to the Report and Recommendation. ECF No. 149. Plaintiff's request is GRANTED and all objections shall be filed no later than Monday, January 13, 2025.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:    December 13, 2024
                 New York, New York