UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Umer Alli,

        Plaintiff,

        -against-

G.R.V.C. Warden Renee, et al.,

        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025

**ORDER TO PRODUCE**

**UMAR ALLI**

**21-cv-9470-PGG-SN**

**SARAH NETBURN, United States Chief Magistrate Judge:**

Upon the joint application of the parties requesting a conference to discuss the settlement agreement, and the Court having scheduled a conference for Monday, September 29, 2025, at 9:00 a.m.

IT IS HEREBY ORDERED: The Warden or other official in charge of Lakeview Shock Incarceration Center shall produce Umar Alli, DIN No. 22B2174, on September 29, 2025 at 9:00 a.m. for at least one hour, to a suitable location within Lakeview Shock Incarceration Center that is equipped with a telephone, for the purpose of participating in the conference.

Plaintiff's counsel must: (1) send this Order to the Warden immediately; (2) contact Lakeview Shock Incarceration Facility to arrange the call; and (3) call the Court's teleconferencing line with Plaintiff at the time of the conference.

**SO ORDERED.**

Dated: September 17, 2025
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge